Entered on Docket
July 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: July 25, 2024

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>CNA Equity Group, Inc.<br><br>Debtor. | Case No. 23-41294 WJL<br><br>Chapter 11 |
| Daysi O. Romero, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>CNA Equity Group, Inc., et al.<br><br>Defendants. | Adversary Proceeding No. 24-04009<br><br>**Hearing Held:**<br>Date: July 10, 2024<br>Time: 10:30 a.m.<br>Place: 1300 Clay St, Ctrm 220/Zoom, Oakland, CA 94612 |

**ORDER TO SHOW CAUSE AS TO WHY THIS COURT SHOULD**

**RETAIN JURISDICTION OVER THE ADVERSARY PROCEEDING**

On March 19, 2024, Defendant Yeva, Inc. d/b/a Saxe Mortgage Company removed a state court action initiated by Plaintiffs Daysi O. Romero and Jose Rene Barboza ("Plaintiffs") against

1

Yeva, Inc., CNA Equity Group, Inc. ("CNA"), et al. (collectively, "Defendants") to this court. On June 19, 2024, Plaintiffs and Defendant CNA filed a stipulation, which the Court granted, dismissing all claims with prejudice against CNA.

On July 10, 2024, the Court held a status conference. Counsels for CNA, Yeva Inc., and Home Sweet Home Realty and Funding were present. Plaintiffs did not appear. During the Court's colloquy with the parties, the Court indicated that it is uncertain as to the reason(s) why the matter remains in this Court given that CNA had been dismissed and given the confirmation of CNA's Plan of Reorganization in the main bankruptcy case.

Accordingly, the Court HEREBY ORDERS the parties to file with the Court an explanation as to why this Court should retain jurisdiction over the adversary proceeding within 21 days from the date of entry of this Order. If the parties fail to file a response, this adversary proceeding will be automatically dismissed.

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

**Daysi O Romero**

3829 Mission St.

San Francisco, CA 94110

**Jose Rene Barboza**

3829 Mission St.

San Francisco, CA 94110